78 So.2d 318

### Doris EVANS
v.
### STATE.
#### 7 Div. 263.

Supreme Court of Alabama.
Jan. 20, 1955.

Rehearing Denied March 10, 1955.

Wales W. Wallace, Jr., Columbiana, for petitioner.

Bernard F. Sykes, Asst. Atty. Gen., opposed (Code 1940, Tit. 55, § 239).

GOODWYN, Justice.

Petition of Doris Evans for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Evans v. State, 78 So.2d 315.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MAYFIELD, JJ., concur.

77 So.2d 387

### George Thomas HARRISON
v.
### STATE.
#### 7 Div. 269.

Supreme Court of Alabama.
Jan. 13, 1955.

Max J. Howard and Leonard Crawford, Fort Payne, for petitioner.

Bernard F. Sykes and Arthur Joe Grant, Asst. Attys. Gen., opposed.

MERRILL, Justice.

Petition of George Thomas Harrison for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Harrison v. State, 77 So.2d 384.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.
77 So.2d 648

77 So.2d 648

### STATE of Alabama
v.
### ROBINSON LAND & LUMBER CO. OF ALABAMA, Inc.
#### I Div. 572–A.

Supreme Court of Alabama.
Nov. 4, 1954.

Rehearing Denied Feb. 10, 1955.

Si Garrett, Atty. Gen., and H. Grady Tiller, Asst. Atty. Gen., for appellant.

Smith, Hand, Arendall & Bedsole, Mobile, for appellee.

CLAYTON, Justice.

This appeal presents the identical question in State v. Robinson Land & Lumber Company, Inc., Ala.Sup., 77 So.2d 641 [1], with the only exception being that the income tax for a different year is involved. In view of the holding in that case, the decree here appealed from is affirmed.

Affirmed.

LIVINGSTON, C. J., and SIMPSON and STAKELY, JJ., concur.

1. Ante, p. 146.